UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRODERICK FORD,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br>U.S. PAROLE COMMISSION,<br><br>Respondents. | Civil Action No. 07-0848 (HHK) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 18th day of July 2007,

**ORDERED** that the petition for a writ of *habeas corpus* [Dkt. No. 1] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**.  This is a final appealable Order.

                                                            _____s/_____
                                                           HENRY H. KENNEDY, Jr.
                                                           United States District Judge